UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-CR-00248-JAR-SRW ) |
| BRIAN K. DITCH, | ) ) |
| Defendant. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Derek J. Wiseman, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


 */s/ Derek J. Wiseman*
DEREK J. WISEMAN #67257MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200